

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*      *Main: (856) 757-5026*
*P.O. Box 2098*      *Direct: (973) 494-6933*
*Camden, NJ 08101*      *christian.carrara2@usdoj.gov*

August 12, 2026

**<u>Via ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:  *Tenempaguay Zhindon v. Soto, et al.*, No. 2:26-10054 (MCA)
> **Corrected Letter: Petitioner's Release from Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to Your Honor's August 8, 2026 Order, ECF 3, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner was released from immigration custody on August 9, 2026, at 1:51 P.M.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

cc:    Counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/13/26